# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 24-0096 JB | USA vs.: LOPEZ |
| Date: 1/6/2025 | Name of Deft: Jeremy Isaac Lopez |
| Before the Honorable: James O. Browning | |
| Time In/Out: 3:26 pm – 4:05 pm | Total Time in Court (for JS10): 39 minutes |
| Clerk: L. Rotonda | Court Reporter: J. Bean |
| AUSA: Bob Booth | Defendant's Counsel: Rachel Jacobs (appointed) |
| Sentencing in: Albuquerque | Interpreter: N/A |
| Probation Officer: Saira Bustillos-Quintana | Interpreter Sworn? ☐ Yes ☐ No |

| Convicted on: | **X** Plea | ☐ Verdict | As to: | ☐ Information | **X** Indictment |
|---|---|---|---|---|---|
| If Plea: | **X** Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: 1, 2, 3 | | |
| If Plea Agreement: | **X** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | |

| | | | | |
|---|---|---|---|---|
| Date of Plea/Verdict: 7/11/2024 | PSR: ☐ Not Disputed | **X** Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: **X** Not Needed | ☐ Needed | Exceptions to PSR: | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | 33 months is imposed as to each of Counts 1, 2, and 3; said terms shall run concurrently, for a total term of 33 months. |
|---|---|---|
| Supervised Release: | 3 years is imposed as to ach of Counts 1, 2, and 3; said terms shall run concurrently, for a total term of 3 years. | Probation: |

| REC | ☐ 500-Hour Drug Program | ☐ BOP Sex Offender Program | Other: | |
|---|---|---|---|---|
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for ___ months ___ days | |
| ☐ | Comply with ICE laws and regulation | **X** | Community service for **40** hours during supervised release. | |
| **X** | Participate in/successfully complete subst abuse program/testing | ☐ | Reside halfway house ___ months ___ days | |
| **X** | Participate in/successfully complete mental health program | ☐ | Register as sex offender | |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program | |
| **X** | Submit to search of person/property | ☐ | Possess no sexual material | |
| ☐ | No contact with victim(s) and/or co-defendant(s) | ☐ | Comply with Computer Restriction Monitoring Program (CRMP). | |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years | |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised | |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | ☐ | Restricted from occupation with access to children | |
| **X** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | Must not go or remain within 100 feet of school yards, parks, playgrounds, arcades, or other places used primarily by children under the age of 18 years | |
| **X** | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | **X** | Must participate in an educational or vocational services program and follow the rules and regulations of that program | |
| **X** | OTHER: You must participate in an inpatient substance abuse treatment program. Following completion of the inpatient program, you must participate in an outpatient substance abuse treatment program. You must follow the rules and regulations of both programs, and the probation officer will supervise your participation in both of these programs (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of these programs.<br><br>You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse testing methods. You may be required to pay all, or a portion, of the costs of the testing. | | | |

|   |   | You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing. |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous mental health evaluations and/or other pertinent treatment records to the treatment provider. |   |   |   |   |
| Fine: | $ | 0.00 |   | Restitution: $ | 0.00 |   |
| SPA: | $ | 300.00 |   | Payment Schedule: | **x** Due Immediately | Waived |
| OTHER: |   |   |   |   |   |   |
| **X** | Advised of Right to Appeal |   | **X** | Waived Appeal Rights per Plea Agreement |   |   |
| **X** | Held in Custody |   |   | Voluntary Surrender |   |   |
| **X** | Recommended place(s) of incarceration: |   |   | The Court recommends that the Defendant be designated for placement at FCI Tucson, AZ, if appropriate. |   |   |
|   | Dismissed Counts: |   |   |   |   |   |
| OTHER COMMENTS: | Court calls case, counsel enter appearances.  Court addresses Defendant regarding document prepared by Probation in matter, Defendant confirms having reviewed same.  Defense Counsel confirms that with revisions to PSR encompassed in addenda, counsel has no further objections to the PSR>  AUSA moves orally for downward adjustment in offense level, Defense Counsel confirms no objection, AUSA will file motion and submit order as to same.  Defense Counsel addresses Court regarding requested sentence.  Defendant allocutes.  Court queries Defendant as to whether he has any assets, Defendant responds in the negative.  AUSA addresses Court regarding government's position as to appropriate disposition of matter.  Defense Counsel addresses Court in response to government's remarks.  AUSA responds to same.  Court states proposed sentence.  Counsel confirm no further argument or comment.  Court orders sentence imposed as stated. |   |   |   |   |   |